# VOLUNTARY PETITION
## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF ARKANSAS

| In Re (Name of Debtor – If individual, enter, Last, First Middle) | Name of Joint Debtor (Spouse) (Last, First Middle) |
|---|---|
| **BARNETT, RICHARD** | |
| All other names used by the Debtor in the last 6 years (include married, maiden and trade name)<br>Richard M. Barnett | All other names used by the Joint Debtor in the last 6 years (include married, maiden and trade name) |
| Social Security No. (if more than one, state all) | Social Security No. (if more than one state all) |
| **xxx-xx-0689** | |
| Street Address of Debtor (No. and Street, City, State, and Zip Code) | Street Address of Debtor (No. and Street, City, State and Zip Code) |
| **11808 DOGWOOD DRIVE**<br>**GARFIELD, ARKANSAS 72732** | |
| Mailing address of Debtor (if different from street address)<br>**PO BOX 552**<br>**ROGERS, ARKANSAS 72756**<br>County: Benton | Mailing address of Debtor (if different from street address) |
| Location of principal, assets of business debtor | Venue: Check one Item<br>XX Debtor has been domiciled or has had a residence, principal Place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer period or for a long part of such 180 days than in any other District<br>_____There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in the District. |

### INFORMATION REGARDING DEBTOR (Check Applicable items)

**TYPE OF DEBTOR:**

X INDIVIDUAL      Corporation Publicly Held
   JOINT HUSBAND AND WIFE    Corporation Not Publicly Held
   OTHER:_____    Municipality

**CHAPTER OR SECTION OF BANKRUPTCY CODE**

X Chapter 7     Chapter 11     Chapter 13
   Chapter 9     Chapter 12     Sec. 304- Case Ancillary to Foreign Proceeding

**NATURE OF DEBT:**
X Non Business/ Consumer     Business Complete A & B Below

**FILING FEE:**
XX Filing Fee Attached

     Filing fee to be paid in installments (Applicable to Individuals only)

**A. Type of Business (Check one item)**

| Farming | Transportation | Commodity Broker |
|---|---|---|
| Professional | Manufacturing | Construction |
| Retail/Wholesale | Mining | Real Estate |
| Railroad | Stockbroker | Other Business |

**Must attach signed application for the Court's consideration certifying that the Debtor is unable to pay fee except in installments. Rule 1006(b).**

Name and Address of Attorney at Law

**B. Briefly Describe Nature of Business**

John M. Blair
PO Box 1715
Rogers, AR 72757-1715
479-631-0100

Name of Attorney Designated to represent the Debtor
John M. Blair

**STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. SECTION 604)**
Debtor estimates that funds will be available for distribution to unsecured creditors
Debtor estimates that after any exempt property is excluded and administrative expenses      THIS SPACE FOR COURT USE ONLY

**ESTIMATED NUMBER OF CREDITORS**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-OVER |
|---|---|---|---|---|---|
| X | | | | | |

**ESTIMATED ASSETS (IN THOUSANDS OF DOLLARS)**

| 0 to 50,000 | 50,001 to 100,000 | 100,001 to 500,000 | 500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| X | | | | | | | |

**ESTIMATED LIABILITIES (IN THOUSANDS OF DOLLARS)**

| 0- to 50,000 | 50,001 to 100,000 | 100,001 to 500,000 | 500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| X | | | | | | | |

**VOLUNTARY PETITION**                    NAME OF DEBTORS:  RICHARD BARNETT

---

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

Location                                        Case Number:            Date Filed:

---

Pending Bankruptcy Case Filed By any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

Name of Debtor:                                 Case Number:            Date Filed:
_____
District:                                       Relationship:           Judge:

---

**Signatures**
**Signature(s) of Debtor(s) (Individual/ Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
(If petitioner is and individual whose debts are primarily consumer debts and has chose to file under Chapter 7) I am aware that I may proceed under Chapter 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under Chapter 7.

/s/    Richard Barnett                          _____
Signature of Debtor                             Telephone Number (If no represented by attorney)

/s/                                             _____
Signature and Joint Debtor                      Date
                    Signature of Debtor (Corporation/ Partnership)

I declare under penalty of perjury that the information provided is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the Chapter of Title 11, United State Code, specified in this petition.

_____     _____
Signature of Authorized Individual              Title of Authorized Individual

_____     _____
Printed Name of Authorized Individual           Date

        Signature of Attorney at Law            Signature of Non –Attorney Petition Preparer
                                                I certify that I am a bankruptcy petition preparer as defined in (12
/s/    John M. Blair                            USC) 10, that I prepared this document for compensation, and
Signature of Attorney for Debtor(s)             that I have provided the debtor with a copy of this document.
JOHN M. BLAIR        AR BAR # 82-018
PO Box 1715                                     _____
(479)-631-0100                                  Printed Name of Bankruptcy Petition Preparer
_____
                                                _____
Date                                            Social Security Number
        EXHIBIT A
To be completed if debtor is required to file periodic reports
e.g. form 10K and 10Q with the Securities and Exchange         _____
Commission pursuant to section 13 or 15(D) of the Securities   Address
Exchange Act of 1934 and is requesting relief under chapter
11)                                                            _____
( ) Exhibit A is Attached and made a part of this petition.
        EXHIBIT B                                              Names and Social Security Number of all other individuals who prepared or
        (To be completed if debtor is an individual            assumed in preparing this document.
        whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition   If more than one person prepared this document, attach
Declares that I have informed the petitioner that (he/she) may       additional sheets conforming to the appropriate official
Proceed under Chapter 7, 11, 12, or 13 of title 12 United State      form for each person.
Code and I have explained the relief available under each chapter.   _____
/s/    John M. Blair                                                 Signature of Bankruptcy Petition Preparer
Signature of Attorney for Debtor(s)           Date                   _____
                                                                     Date
                                                                     A bankruptcy petition prepare's failure to comply with the provisions of
                                                                     title 11 and the Federal Rules Procedure may result in fines imprisonment or both

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE:   RICHARD BARNETT                                                          CASE NO.
            Debtor(s)

SCHEDULE A - REAL PROPERTY

      Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate, include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If a joint petition is filed, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property"

      **Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

      If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

      If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

_____

Description and Location of Property:

NONE


Nature of Debtor's Interest in Property:


Current Market Value of Debtor's Interest in Property:


Amount of Secured Claim:


Value Total:  $ -0-

IN RE:   RICHARD BARNETT                                                      CASE NO.
          Debtor(s)

## SCHEDULE B -- PERSONAL PROPERTY

Except as directed below, list all property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If a joint petition is filed, state whether husband, wife, or both own the property by placing an "H",` "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual, state the amount of any exemptions claimed in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1.  Cash on Hand. | XX | | $ |
| 2.  Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANK ACCOUNT Bank of America | $  -0- |
| 3.  Security deposits with public utilities, telephone companies, landlords and others. | XX | | $ |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | FURNITURE & APPLIANCES | $ 1,700.00 |
| 5.  Books, pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | XX | | $ |
| 6.  Wearing apparel. | | CLOTHING | $   100.00 |
| 7.  Furs and jewelry. | XX | | $ |
| 8.  Firearms and sports, photographic, and other hobby equipment. | XX | | $ |
| 9.  Interests in insurance policies. | XX | | $ |

| TYPE OF PROPERTY | NONE | DESCRIPTION | VALUE |
|---|---|---|---|
| 10. Annuities. | XX | | $ |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. | XX | | $ |
| 12. Stock and interests in incorporated and unincorporated businesses. | XX | | $ |
| 13. Interests in partnerships or joint ventures. | XX | | $ |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | XX | | $ |
| 15. Accounts receivable. | XX | | $ |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. | XX | | $ |
| 17. Other liquidated debts owing debtor including tax refunds. | XX | | $ |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | XX | | $ |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | XX | | $ |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to set off claims. | XX | | $ |
| 21. Patents, copyrights, and other intellectual property. | XX | | $ |
| 22. Licenses, franchises, and other general intangibles. | XX | | $ |
| 23. Automobiles, trucks, trailers, and other vehicles or accessories. | | 1997 PONTIAC BONNEVILLE<br>1999 YAMAH VISION 1600<br>1990 CHEVY ½ TON<br>1973 MOTORHOME | $ 3,000.00<br>$ 2,500.00<br>$ 3,000.00<br>$ 1,000.00 |
| 24. Boats, motors, accessories. | XX | | $ |

| TYPE OF PROPERTY | NONE | DESCRIPTION | VALUE |
|---|---|---|---|
| 25. Aircraft and accessories. | XX | | $ |
| 26. Office equipment, furnishings, and supplies. | XX | | $ |
| 27. Machinery, fixtures, equipment, and supplies used in business. | XX | | $ |
| 28. Inventory. | XX | | $ |
| 29. Animals. | XX | | $ |
| 30. Crops - growing or harvested. | XX | | $ |
| 31. Farming equipment and implements. | XX | | $ |
| 32. Farm supplies, chemicals, and feed. | XX | | $ |
| 33. Other personal property of any kind not already listed. | XX | | $ |

Totals: $  11,300.00

IN RE:  RICHARD  BARNETT                                         CASE NO.

## SCHEDULE C -- PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)
(XX) 11 U.S.C. § 522(b)(1):   Exemption provided in 11 U.S.C.§ 522(d). Note: These exemptions are available only in certain states.
(  ) 11 U.S.C. § 522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | EXEMPTION LAW | EXEMPTION CLAIMED |
|---|---|---|
| 1) Furniture and Appliances | 522(d)(3) | $ 1,700.00 |
| 2) Clothes | 522(d)(3) | $   100.00 |
| 3)  1997 Pontiac Bonneville | 522(d)(2)<br>522(d)(5) | $ 2,950.00<br>$    50.00 |
| 4) 1999 Yamaha Vision | 522(d)(5) | $ 2,500.00 |
| 5) 1990 Chevy ½ Ton | 522(d)(5) | $ 3,000.00 |
| 6) | | |
| 7) | | |
| 8) | | |
| 9) | | |
| 10) | | |

IN RE:  RICHARD BARNETT                                CASE NO.

### SCHEDULE D -- CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

  Report the total of all claims listed on this schedule in the space labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

(   ) Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR | NATURE OF LIEN | AMOUNT OF CLAIM | UNSECURED PORTION |
|---|---|---|---|
| Acct. #<br>Arkansas National Bank<br>PO Box 699<br>Bentonville, AR 72712 | 1973 Motorhome<br>ABANDON<br><br>Value: $ 1,000.00 | $ 1,800.00 | $ 800.00 |

                                                                Total     $ 1,800.00

IN RE:   RICHARD BARNETT                                                                CASE NO.

SCHEDULE E -- CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(XX)    Debtor has no creditors holding unsecured priority claims.

TYPES OF PRIORITY CLAIMS:

( )    Wages, Salaries, and Commissions

       Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to
       a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition,
       or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. sec. 507 (a)(3).

( )    Contributions to Employee Benefit Plans

       Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of
       the original petition, or the cessation of business, whichever occurred first to the extent provided in 11 U.S.C. sec.
       507(a)(4).

( )    Certain Farmers or Fishermen

       Claims of certain farmers or fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as
       provided in 11 U.S.C. sec. 507(a)(5).

( )    Deposits by Individuals

       Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or
       services for personal, family, or household use, that were not delivered or provided in 11  U.S.C. sec. 507 (a)(7).

( )    Taxes and Certain Other Debts Owed to Governmental Units

       Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C.
       sec. 507(a)(7).

( )    Commitments to Maintain Capital of Insured Depository Institution

       Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Controller of the
       Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to
       maintain the capital of an insured depository institution in 11 U.S.C sec. 507(a)(8).

IN RE:      RICHARD BARNETT                    CASE NO.

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include creditors listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheets.

If any entity other than a spouse in a joint case may be jointly liable on a claim, indicate by listing as "Co-debtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.

Report the total of all claims listed on this schedule in the area labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

( ) Check if debtor has no creditors holding unsecured non priority claims to report on this Schedule F.

### SCHEDULE F -- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR NAME AND ADDRESS & ACCT. # | DATE OF CLAIM | AMOUNT OF CLAIM |
|---|---|---|
| Acct. # XX-3338 Capital One PO Box 60000 Seattle, WA 98190-6000 | | $ 429.00 |
| Acct. # XX-5873 Citi Cards PO Box 6412 The Lakes, NV 88901-6412 | | $ 3,123.74 |
| Acct. # XX-2904 Cox Communications 115 North Dixieland Suite 3 Rogers, AR 72756 | | $ 112.19 |
| Acct. # XX-5674 Creditors Interchange 80 Holtz Drive Buffalo, NY 14225 | Collecting for Chrysler Financial | $ 14,481.91 |
| Acct. # XX-3429 Chrysler Financial PO Box 600 Horsham, PA 19044 | Duplicate | -0- |
| Acct. # XX-2030 Discover PO Box 30395 Salt Lake City, UT 84130-0395 | | $ 3,688.64 |
| Acct. # XX-6849 Morning News of NW Arkansas PO Box 7 Springdale, AR 72765 | | $ 124.06 |

Acct. # XX-2728
Ozark Guidance Center, Inc.                                    $        149.00
PO Box 6430
Springdale, AR 72766-6430


Acct. # XX-2870
Pine Creek Lumber                                              $      1,049.98
1726 Clifty Highway
Hindsville, AR 72738


Acct. # XX-2870
Greenhaw and Greenhaw              Duplicate                            -0-
PO Box 4276
Fayetteville, AR 72702-4276


Rogers St. Mary's Hospital                                     $      1,000.00
PO Box 2080
Rogers, AR 72757-2080


Rogers Emergency Physicians                                    $        500.00
PO Box 96285
Oklahoma City, OK 74132-6285


SE Emergency Physicians                                        $        500.00
PO Box 850001
Orlando, FL 32885-1005


Acct. # XX-5484                                                $        232.42
Sherwin Williams                                               $         78.71
2919 W. Walnut
Rogers, AR 72756


                                        Total        $ 25,196.65

IN RE:  RICHARD BARNETT                                                CASE NO.

SCHEDULE G -- EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e. "Purchaser", "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this cause unless the party is also scheduled in the appropriate schedule of creditors.

  (XX)  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND ADDRESS OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR NATURE OF DEBTOR'S INTEREST |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

IN RE:  RICHARD BARNETT                                                    CASE NO.

SCHEDULE H -- CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

(X)  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

IN RE:  RICHARD BARNETT                                                              CASE NO.

## SCHEDULE I -- CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

DEBTORS MARITAL STATUS:          Single
DEPENDANTS OF DEBTOR:            None
HOW RELATED:
AGES:

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|

Name of Employer:          The Hiring Range
Address:                   1728 S. 8th Street
City and State:            Rogers, AR 72756

| INCOME: | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions........ Estimated monthly overtime...... | | $ 1,630.00 | |
| SUBTOTAL | | $ 1,630.00 | |
| LESS PAYROLL DEDUCTIONS: | | | |
| a. Payroll taxes and social security.... | | $   200.00 | |
| b. Insurance........................... | | | |
| c. Union dues......................... | | | |
| d. Other (specify).................... | | | |
| SUBTOTAL OF DEDUCTIONS | | $   200.00 | |
| TOTAL NET MONTHLY TAKE HOME PAY | | $ 1,430.00 | |
| Regular income from operation of business or profession or farm ................................. | | | |
| Income from real property ........................... | | | |
| Interest and dividends ................................ | | | |
| Alimony, maintenance or support payments payable to the debtor for debtor's use of that of dependents listed above .............................. | | | |
| Social security or other government assistance..(Specify) .................................. | | | |
| Pension or retirement income ................................... | | | |
| Other money income ................................. (Specify) .................................................. | | | |
| TOTAL MONTHLY INCOME..................................... | | $ 1,430.00 | |

TOTAL COMBINED MONTHLY INCOME   $  1,430.00

IN RE:  RICHARD BARNETT                                                    CASE NO.

## SCHEDULE J -- CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

( ) Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

Rent/home mortgage payments (include mobile home lot) ................................................................ $ 450.00
Are real estate taxes included?  ( ) Yes  ( ) No
Utilities: Electricity and heating fuel ........................................................................................ $ 170.00
           Water and sewer ......................................................................................... $ 60.00
           Telephone ..................................................................................................... $ 60.00
           Cable .............................................................................................................. $ 60.00
Home maintenance (repairs and upkeep) ............................................................................. $
Food ........................................................................................................................................ $ 200.00
Clothing .................................................................................................................................. $ 50.00
Laundry and dry cleaning ....................................................................................................... $
Medical and dental expenses ................................................................................................. $ 40.00
Transportation (not including car payments) .......................................................................... $ 200.00
Recreation, clubs, entertainment, newspapers,& magazines ........................................... $ 50.00
Charitable contributions ......................................................................................................... $
Insurance (not deducted from wages of included in home mortgage payments.)
           Homeowners ............................................................................................... $
           Life ................................................................................................................. $
           Health ............................................................................................................ $
           Auto ............................................................................................................... $ 80.00
Taxes (not deducted from wages or included in home mortgage payments) (Specify) .............. $ 10.00
Installment payments:(In Ch. 13 cases, do not list payments to be included in plan)
           Auto ............................................................................................................... $
           Other .............................................................................................................. $
           Other .............................................................................................................. $
Alimony, maintenance, and support paid to others .......................................................... $
Payments for support of additional dependents not living in your home ........................... $
Regular expenses from operation of business, profession, or farm ................................ $

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)                  $ 1,430.00

(FOR CHAPTER 13 DEBTORS ONLY)

A.     Total projected monthly income ........................................           $
B.     Total projected monthly expenses ...................................           $
C.     Excess income (A minus B) ..............................................           $
D.     Total amount to be paid into plan each ...........................           $

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
SUMMARY OF SCHEDULES

IN RE:   RICHARD BARNETT                                          CASE NO.

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,B,D,E,F,I, and J in the spaces provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amount from Schedules D,E and F to determine the total amount of the debtor's liabilities.

| SCHEDULE NAME | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|
| X (MARK IF ATTACHED) | | | | |
| X A Real Property | 1 | $    -0- | XXXXXXXXXXXXXXXXXXXXX | |
| X B Personal Property | 3 | $ 11,300.00 | XXXXXXXXXXXXXXXXXXXXX | |
| X C Property claimed as Exempt | 1 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| X D Creditors Holding Secured Claims | 1 | XXXXXXXXXXXXX | $   1,800.00 | XXXXXXXXXX |
| X E Creditors Holding Unsecured Priority Claims | 1 | XXXXXXXXXXXXX | $    -0- | XXXXXXXXXX |
| X F Creditors Holding Unsecured Non-priority Claims | 2 | XXXXXXXXXXXXX | $ 25,196.65 | XXXXXXXXXX |
| X G Executory Contracts and Un-expired Leases | 1 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| X H Co-debtors | 1 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| X I Current Income of Individual Debtors | 1 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $ 1,430.00 | |
| X J Current Expenditures of Individual Debtors | 1 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $ 1,430.00 | |

Total Number of Sheets of all Schedules.......................... 13
Total Assets .................................................................... $ 11,300.00
Total Liabilities ............................................................... $ 26,996.65
Total Number of Creditors................................................ 15

IN RE:   RICHARD BARNETT                                          CASE NO.
         Debtor(s)                                               (if known)

## DECLARATION CONCERNING DEBTOR'S(S) SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my
            (total plus 1)
knowledge, information and belief.

Date_____        Signature: /s/_____Richard Barnett_____
                                 Debtor

Date_____        Signature: /s/_____
                               (Joint Debtor, if any)

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member of an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
                                              (total plus 1)

sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date_____        Signature_____

                             _____

                             Print or type name of individual signing on behalf of debtor

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property:  Fine of up to $ 500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

IN RE:  RICHARD BARNETT                                                          CASE NO.

STATEMENT OF FINANCIAL AFFAIRS

1.      Income from employment or operation of business.

NONE
(  )     State the gross amount of income the debtor has received from employment, trade, or profession, or from
        operation of the debtor's business from the beginning of this calendar year to the date this case commenced.
        State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor
        that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report
        fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal years.)  If a joint petition is filed,
        state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state
        income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
        petition is not filed.)

        DEBTOR:                 Richard Barnett

        Monthly Income:         $ 1,430.00

        Source:                 The Hiring Range

        SPOUSE:

        Monthly Income:

        Source:

        Yearly Gross:   2004:   $ 20,000.00
                        2003:   $ 12,000.00          YTD=   $ 2,500.00
_____

2.      Income other than from employment or operation of business.

NONE
(XX)     State the amount of income received by the debtor other than from employment, trade, profession, or
        operation of the debtor's business during the **two years** immediately preceding the commencement of
        this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married
        debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint
        petition is filed, unless the spouses are separated and a joint petition is not filed.)

        DEBTOR:

        Monthly Income:

        Source:

        SPOUSE:

        Monthly Income:

        Source:
_____

3.      Payments to creditors:

NONE
(  )     a.      List all payments on loans, installment purchases of good or services, and other debts, aggregating more

than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

<u>$ 680.00 per month mortgage loan to Arkansas National Bank; $ 275.12 on 1979 Motor home; Rent $ 450.00</u>

NONE
(XX)     b.     List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit or creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

_____

4.     Suits and administrative proceedings, executions, garnishments, and attachments.

NONE
(XX)     a.     List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately proceeding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

_____

NONE
(XX)     b.     Describe all property that has been attached, garnished, or seized under any legal or equitable process within **one year** immediately proceeding the commencement of this case. (Married debtors filing under a chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

_____

5.     Repossessions, foreclosures, and returns.

NONE
( )      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

<u>9/2004 Chrysler Financial repossessed 2004 Dodge 4X4 value $ 10,000.00</u> _____

6.     Assignments and receiverships.

NONE
(XX)     a.     Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

_____

NONE
(XX)     b.     List all property which has been in the hands of a custodian, receiver or court-appointed official within **one year** immediately proceeding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

_____

7.     Gifts.

NONE
(XX)     List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contribution by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

_____

8.      Losses.

NONE      List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the
(XX)      commencement of this case **or since the commencement of this case**.  (Married debtors filing under
          chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is
          filed, unless the spouses are separated and a joint petition is not filed.)

_____

9.      Payments related to debt counseling or bankruptcy.

NONE      List all payments made or property transferred by or on behalf of the debtor to any persons, including
(  )      attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law of preparation
          of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.
          2/2005 John M. Blair $ 500.00

10.     Other transfers.

NONE      List all other property, other than property transferred in the ordinary course of the business or financial
(  )      affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding
          the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
          transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are
          separated and a joint petition is not filed.)

          Danny and Sherry Smith 10353 Linda Drive, Rogers AR lost $ 5,000.00; 8/2004 Tina Denny 22055 Highway
          Gravette, AR $ 107,000.00 Bank of America assumed liability returned to Denny; 5/2004 $ 1,000.00 contract in
          Gravette – abandonded lost $ 1,000.00 down

11.     Closed financial accounts.

NONE      List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor
(XX)      which were closed, sold, or otherwise transferred within **one year** immediately preceding the
          commencement of this case.  Include checking, savings, or other financial accounts, certificates of
          deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
          cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing
          under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or
          for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
          joint petition is not filed.)

_____

12.     Safe deposit boxes.

NONE      List each safe deposit box or other box or depository in which the debtor has or had securities, cash, or
(XX)      other valuables within **one year** immediately preceding the commencement of this case.  (Married
          debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses
          whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

_____

13.     Setoffs.

NONE      List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within
(XX)      **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter
          13 must include information concerning either or both spouses whether or not a joint petition is filed,
          unless the spouses are separated and a joint petition is not filed.)

14.     Property held for another person.

NONE      List all property owned by another person that the debtor holds or controls.
(XX)

15.    Prior address of debtor.

NONE
(XX)

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

16.    Spouses and Former Spouses

NONE
(XX)

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

17.    Environmental Information

NONE
(XX)

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.
"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.
"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

NONE  a.
(XX)

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

NONE  b.
(XX)

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

NONE  c.
(XX)

List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

18.    Nature, location, and name of business.

NONE  a.
(  )

If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed

professional within the **six** years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was partner or owned 5 percent or more of the voting or equity securities, with the **six** years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature or businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

8/2003 – 5/2004 Barnett Builders – repaired damaged real estate

NONE (XX)  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

19.  Books, records, and financial statements.

NONE (XX)  a.  List all bookkeepers and accountants who within the **six years** immediately preceding the filing of this bankruptcy case kept of supervised the keeping of books of account and records of the debtor.

NONE (XX)  b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of accounts and records, or prepared a financial statement of the debtor.

NONE (XX)  c.  List all firms or individuals who at the time of the commencement of this case were in possession of books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NONE (XX)  d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

20.  Inventories.

NONE (XX)  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

NONE (XX)  b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

21.  Current Partners, Officers, Directors, and Shareholders.

NONE (XX)  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NONE   b.     If the debtor is a corporation, list all officers and directors of the corporation and each stockholder who
(XX)         directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

22.      Former partners, officers, directors, and shareholders.

NONE   a.     If the debtor is a partnership, list each member who withdrew from the partnership within **one year**
(XX)         immediately preceding the commencement of this case.

NONE   b.     If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
(XX)         terminated within **one year** immediately preceding the commencement of this case.

23.      Withdrawals from a partnership or distributions by a corporation.

NONE     If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an
(XX)     insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and
         any other perquisite during **one year** immediately preceding the commencement of this case.

24.      Tax Consolidation Group

NONE     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent
(XX)     corporation of any consolidated group for tax purposes of which the debtor has been a member at any
         time within the **six-year period** immediately preceding the commencement of the case.

25.      Pension Funds

NONE     If the debtor is not an individual, list the name and federal taxpayer identification number of any pension
(XX)     fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six
year** period immediate preceding the commencement of the case.

[If completed by an individual or individual and spouse]

I declare under penalty of perjury that I have read the answers contained in the foregoing statements of financial affairs and any attachments thereto and that are true and correct.

Date_____          Signature of Debtor /s/____Richard Barnett____


Date_____          Signature of Debtor /s/_____

_____
[If completed on behalf of a partnership or corporation]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date_____          Signature of Debtor /s/_____


_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


_____ continuation sheets attached


Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571.

Name:  John M. Blair

Address:  PO Box 1715

 Rogers, Arkansas 72757-1715

Telephone  (479) 631-0100
(XX) Attorney for Debtor(s)          Attorney State Bar No. 82-018

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF ARKANSAS

IN RE:  RICHARD  BARNETT
(Set forth here all names including married, maiden, and trade
names used by the debtor within last 6 years)

Debtors    Richard M. Barnett

Case No. _____

Chapter ____7_____

Social Security No(s)  XXX-XX-0689

_____

## STATEMENT OF ATTORNEY FOR PETITIONER PURSUANT TO BANKRUPTCY RULE 2016(b)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:
(1)     The undersigned, is the attorney for the debtor(s) in this case.
(2)     The compensation paid or agreed to be paid by the debtor(s) in this case.
        (a) for legal services rendered or to be rendered in contemplation of and in connection
            with this case.................................................................................................. $  500.00
        (b) prior to filing this statement, debtor(s) have paid................................................. $  500.00
        (c) the unpaid balance due and payable is ............................................................. $        0
(3)     $  209.00  of the filing fee in this case has been paid.
(4) The services rendered or to be rendered include the following:
        (a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining
            whether to file a petition under Title 11, United States Code.
        (b) Preparation and filing of the petition, schedules of assets and liabilities, statement of affairs, and other
            documents required by the court.
        (c) Representation of the debtor(s) at the first creditors, confirmation hearing, Relief from Stay, and compliance
            with General Order No. 1.
        (d) Attorney may seek supplemental fees for Relief from Stay hearings.
    (5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation
for services performed, and if a fee is paid by transfer of property or if security is taken, given details here and in
appropriate Section of Schedules or Statement of Affairs.
    (6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any,
will be from earnings, wages and compensation for services performed, and
    (7) The undersigned have not shared or agreed to share, with any other person, other than with members of their law
firm or corporation, any compensation paid or to be paid except as follows:

Dated:_____          /s/    John M. Blair

UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the three chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition.  The bankruptcy law is complicated and not easily described.  Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

Chapter 7: Liquidation ($209.00 filing fee)
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debt.

2. Under Chapter 7 a trustee takes possession of all your property.  You may claim certain of your property as exempt under governing law.  The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the Court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law.  Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, debts fraudulently incurred, debts for willful and malicious injury to a person or property, and debts arising from a drunk driving judgment.

5. Under certain circumstances you may keep property that your purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

Chapter 13:  Repayment of all or part of the debts of an individual with regular income ($ 194.00 filing fee)
1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time.  You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings.  Usually the period allowed by the court to repay your debt is three years, but not more than five years.  Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under the plan, your debts are discharged except alimony and support payments, certain kinds of taxes owed for less than three years, and long term secured obligations.

Chapter 11:  Reorganization ($500.00 filing fee)
Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated and any decision for an individual to filed a Chapter 11 petition should be reviewed with an attorney.

I, the Debtor(s) affirm that I have read this notice.

| | | |
|---|---|---|
| _____ | /s/ ___Richard Barnett___ | _____ |
| DATE | NAME | CASE NO. |
| _____ | /s/ _____ | |
| DATE | NAME | |

NAME OF DEBTOR:                    RICHARD BARNETT

## CHAPTER 7 INDIVIDUAL DEBTOR'S
## STATE OF INTENTION

1.      I, _____ Richard Barnett _____, the debtor(s), have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.      My intention with respect the property of the estate which secures those consumer debts is as follows:

        a.      Property to Be Surrendered.

Description of Property                          Creditor's Name

1.1973 Motor Home _____              Arkansas National Bank _____

2._____                   _____

3._____                   _____

4._____                   _____

5._____                   _____

        b.      Property to Be Retained. (Check applicable statement of Debtors' Intention

| Description of Property | Creditor's Name | The Debt will be reaffirmed pursuant to s524(c) | The property is claimed as exempt and will be re-deemed pursuant to s722 | The Creditor's lien will be avoided pursuant to s522(f) and the property will be claimed as exempt |
|---|---|---|---|---|
| 1._____ | _____ | _____ | _____ | _____ |
| 2._____ | _____ | _____ | _____ | _____ |
| 3._____ | _____ | _____ | _____ | _____ |
| 4._____ | _____ | _____ | _____ | _____ |
| 5._____ | _____ | _____ | _____ | _____ |

3.  I understand that S 521(s)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within any extension of 45 days period which the court may grant.

_____              /s/     Richard M. Barnett _____
Date

                                     /s/ _____